KARL OLSON (SBN 104760)
AARON R. FIELD (SBN 310648)
IRENE LEE (SBN 331485)
CANNATA O'TOOLE FICKES & OLSON LLP
100 Pine Street, Suite 350
San Francisco, California 94111
Telephone:    (415) 409-8900
Facsimile:    (415) 409-8904
Email:        kolson@cofolaw.com
              afield@cofolaw.com
              ilee@cofolaw.com

Attorneys for Plaintiff
AMERICAN SMALL BUSINESS LEAGUE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AMERICAN SMALL BUSINESS LEAGUE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OFFICE OF MANAGEMENT AND BUDGET,<br><br>Defendant. | CASE NO. 4:20-cv-07126-DMR<br><br>**[PROPOSED] ORDER DENYING DEFENDANT UNITED STATES OFFICE OF MANAGEMENT AND BUDGET'S MOTION FOR SUMMARY JUDGMENT AND GRANTING PLAINTIFF AMERICAN SMALL BUSINESS LEAGUE'S CROSS-MOTION FOR SUMMARY JUDGMENT**<br><br>Date:   April 28, 2022<br>Time:   1:00 p.m.<br>Place:  Zoom<br>Judge: The Honorable Donna M. Ryu |

Plaintiff American Small Business League's cross-motion for summary judgment came on regularly for hearing before this Court, the Honorable Magistrate Judge Donna M. Ryu presiding, on April 28, 2022 at 1:00 p.m.  The Court, having considered the Cross-Motion, the pleadings filed in support of and in opposition to the Cross-Motion, the oral arguments of counsel at the hearing, and **GOOD CAUSE APPEARING THEREFOR**, it is hereby **ORDERED** that:

1. Defendant United States Office of Management and Budget's motion for summary judgment is DENIED;

2. Plaintiff's cross-motion for summary judgment is GRANTED;

3. Judgment shall be entered in favor of the Plaintiff and against the Defendant;

4. Defendant shall conduct a further search for records indicating or containing the total federal acquisition budget for Fiscal Years 2017, 2018, and 2019, including all records indicating or containing information on all spending on goods and services for such fiscal years, and all records indicating or containing information on the budget for all spending on goods and services for such fiscal years; and

5. Within ten (10) days of this Order, Defendant shall disclose to Plaintiff all previously undisclosed responsive records identified by the search it conducts pursuant to this Order.  The records disclosed should include reports that indicate or contain the dollar amount allocated to spending on all goods and services for Fiscal Years 2017, 2018, and 2019; reports from USAspending.gov indicating all spending for goods and services, including grants for services, for Fiscal Years 2017, 2018, and 2019; documents received by the OMB that were used to support OMB's joint statement on budget results with the United States Treasury Department for Fiscal Years 2017, 2018, and 2019; and documents received by OMB that were used to create OMB's SF 133 reports for Fiscal Years 2017, 2018, and 2019.

1

[PROPOSED] ORDER DENYING DEFENDANT UNITED STATES OFFICE OF MANAGEMENT AND BUDGET'S MOTION FOR SUMMARY JUDGMENT AND GRANTING PLAINTIFF AMERICAN SMALL BUSINESS LEAGUE'S CROSS-MOTION FOR SUMMARY JUDGMENT
CASE NO. 4:20-CV-07126-DMR

CANNATA O' TOOLE FICKES & OLSON LLP
100 Pine Street, Suite 350
San Francisco, CA 94111

**IT IS SO ORDERED.**

DATED:_____                _____
                                                                        Hon. Donna M. Ryu
                                                                        United States Magistrate Judge